GEOFFREY A. HANSEN
Acting Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant CRUZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>PEDRO HUMBERTO CRUZ,<br><br>           Defendant. | No. CR 11-00966 MMC<br><br>**STIPULATION AND PROPOSED ORDER FOR CONTINUANCE OF SENTENCING DATE; ORDER THEREON**<br><br>Date: April 25, 2012<br>Time: 2:15 p.m.<br>Court: The Honorable Maxine M. Chesney |

The parties hereby stipulate and agree as follows:

1. Defendant Pedro Humberto Cruz respectfully requests from the Court a continuance of his sentencing date;

2. The reasons for the request is for defense counsel to obtain a signature and approval on a drafted declaration from the defendant's half brother, Adan Lobo. Mr. Lobo has been interviewed with a Spanish speaking interpreter and a substantive declaration has been prepared in support of the defendant's sentencing. Over the last four days, defense counsel has had trouble finding a mutual time in which Mr. Lobo can review and sign the declaration, due to Mr. Lobo's work schedule, transportation issues, and defense counsel's unavailability

CR-11-966 MMC  Stipulation Continue
Sentencing                                                1

this upcoming weekend. Sentencing memoranda had been due to this Court on April 20, 2012;

3. Defense counsel now has an appointment to meet Mr. Lobo at his home tomorrow, April 24, 2012. She thus requests a continuance of the sentencing to May 9, 2012 at 2:15 p.m., so defense counsel can present all mitigating evidence to the Court in a timely manner;

4. The Probation Officer, Brian Casai, has been contacted about the change in sentencing date, and has no objection to a sentencing date of May 9, 2012;

5. The United States Attorney's Office has no objection to a continuance of the sentencing date to May 9, 2012 at 2:15 p.m.;

Dated: April 23, 2012

_____/S/_____
ELIZABETH M. FALK
Assistant Federal Public Defender

_____/S/_____
LOWELL POWELL
Special Assistant United States Attorney

[PROPOSED] ORDER

For the reasons stated in the stipulation filed herewith, the sentencing of defendant ~~Ricky~~ Pedro Humberto Cruz ~~Hawkins~~ is hereby continued to May 9, 2012 at 2:15 p.m.

IT IS SO ORDERED

Dated: April  24   2012

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE